UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2025
```

SALVATORE PARRINO,

                Plaintiff,

    -v-

LONG ISLAND RAILROAD COMPANY,

                Defendant.

**ORDER**

25-CV-8571 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's December 10, 2025 letter motion (the "Letter Motion") requesting to adjourn the Rule 16 conference scheduled for December 18, 2025. ECF No. 13. The Letter Motion is **GRANTED**, and the Rule 16 conference is adjourned to **January 7, 2026** at **10:00 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 883 689 433#).

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 13 as **GRANTED**.

**SO ORDERED.**

Dated: December 11, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge